IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RPS ENVIRONMENTAL SOLUTIONS § | | |
| PATENT HOLDING COMPANY, LP § | | |
| Plaintiff § | | |
| § | | |
| V. § | No. 5:06CV111 | |
| § | | |
| B&E SPECIALTY PRODUCTS, INC., § | | |
| ET AL. § | | |
| Defendants § | | |

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, Joint Motion for Stay of Proceedings (Docket Entry # 67) was referred to the Honorable Caroline M. Craven for the purposes of hearing and determining said motion. The Court, having reviewed the joint motion, is of the opinion the motion should be **GRANTED**.

The Court has scheduled a claim construction hearing September 15, 2009. The parties have jointly moved to stay the above proceedings, asserting they have entered into a binding settlement agreement but require additional time to prepare formal settlement papers. The parties expect the settlement papers to be signed on or before September 18, 2009.

The Court is of the opinion the motion should be granted and stays the above-entitled and numbered cause of action until 5:00 p.m. September 18, 2009. The parties shall file with the Court the formal settlement papers on or before September 18. In the event the settlement papers are not filed with the Court on or before September 18, the stay of proceedings shall be lifted, and the claim construction hearing shall go forward September 21, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**SIGNED this 28th day of August, 2009.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE